IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYDIA CASTELLANOS, )
                                              ) 2:09-cv-02095-GEB-DAD
        Plaintiff, )
                                              ) <u>ORDER RE: SETTLEMENT</u>
   v. ) <u>AND DISPOSITION</u>
                                              )
GLOBAL CREDIT AND COLLECTION, INC.,)
        Defendant. )

On October 28, 2009 Plaintiff's counsel filed a Notice of Settlement in which "Plaintiff . . . informs the court that a settlement . . . has been reached and [Plaintiff] is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days." Therefore, a dispositional document shall be filed no later than December 7, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: October 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1